SARAH CREBASSA

VS

MARK MANENDO

ENTERED — RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 28 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Sarah Crebassa
Aug 28 2017
148 Beesley Drive
Las Vegas NV 89110

✳ I have hundreds of texts, messages, picture proof

○ STALKED ME ON SAME D
IN CUSTODY / JAIL.

**2:17-cv-02271-JAD-NJK**

○ TAUNTS ME WITH HIS RESUME, HE KNOWS MY
SITUATION

### My Situation

- Victim of gang violence from Michael Souza Ariotta

- Animal Advocate, dog lover, recently found my dog after 20 months.
- Reunited over 200 lost dogs + owner volunteer pet detective.

- Homeless because gang terrorized me, beat me, raped me robbed me, slept in a barn stall for a month
  - a shed for 3 months, -owner/ of shed home invaded + pistol land lord whipped ④ times
- Needed a SafePlace by Souza.

- Abducted, molested, tazed and brought to 3400 Cabana then car stolen Souza

### Manendos Resume

- Community Crime Watch, his friend was home invaded + pistol whipped

- Animal Advocate

- Advocate of Helping homeless

- Advocate of Safe Place

- Told me to meet at Samstown, or Starbucks to talk about police corruption
- Office Address is 3400 Cabana

Mark Manendo for Nevada State Senate 7
Facebook

Sarah    Home

and schedule an appointment with me like everyone else in the world. Call or text between 9-5 and set up and date and time and tell me the address to your meeting place / office here in vegas

I can't work.  So my schedule is completely open.  Still , I try to be prepared and appearance decent.  So I can't have

11:49 AM

sure taunting me in this time of hardship isn't on your job qualifications list

OMG!

I have done that and you always find an excuse so I am not going to do that anymore. I said, you tell me a time and place and I will let YOU know if I can make it or not.  The end!

How easily you forget yes I suggested dates and times and location was going to be determined like a Starbucks or something you always said you couldn't meet my point is that I have tried

you must of forgot that I even suggested about meeting today late in the afternoon you didn't respond until today when

Manendo

I just needed you to tell me time and day and place with a days notice so I'd have time to arrange a form of transportation

You are traumatizing me more I can't believe you are a person that the public chose to make good things happen. I don't know what your job fully entails but I'm pretty decent.  So I can't have zero notice of a meeting and be there at a seconds notice because I do not have money or a car

I also do not have an office or meeting place like you say you do.

12:17 PM

You have?    What address did you give me? What date and time?

I think its best you and i finally meet but with the citizens review board and our attorneys

Me







## Usual Types of Harassment

6. Cyber Related Harassment

**WHAT IT IS**
- Inappropriate comments
- Mean emails
- Direct rumors online
- Rude text messages
- Threatening videos





State senator urges neighborhood watch involvement after crime s...



Dear Ms. Vancuren Crebassa:
Thank you for taking the time to contact Governor Sandoval's office. Your correspondence is important to us, and allows us to better serve the citizens of Nevada.

To better serve you, we have forwarded your correspondence to the Nevada Attorney General's office for review. We would also suggest you continue to work with the Las Vegas Metropolitan Police Department. For your convenience, contact information for the Attorney General has been provided below.

Office of the Nevada Attorney General
100 N. Carson Street
Carson City, NV 897901
(775) 684-1100

If you need assistance finding a lawyer in Nevada, we encourage you to reach out to the Nevada State Bar Lawyer Referral Service. You may also contact the Legal Aid Center of Southern Nevada, a non-profit organization focused on providing legal counsel to those who cannot afford an attorney. The aforementioned organizations may be reached at:

State Bar of Nevada
Lawyer Referral & Information Service
600 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 382-0505

Legal Aid Center of Southern Nevada
725 E. Charleston Blvd.
Las Vegas, NV 89101
(702) 386-1070

Although this particular issue is outside of the jurisdiction of the Governor's office, we hope you will continue to keep us informed regarding matters that are of interest to you. The Governor appreciates hearing from Nevadans and truly values your input.

Sincere regards,

Shannon Litz
Constituent Services Program Officer

# # # #

OFFICE OF GOVERNOR BRIAN SANDOVAL

101 North Carson St
Carson City, NV 89701
775-684-5670

555 East Washington Ave., Suite 5100
Las Vegas, NV 89101
702-486-2500







## Posts from Friends

**Teresa Carlson**
July 19 at 6:33am · 🌐

For all those saying Sarah VanCuren is Crazy, NOT CRAZY!!!

**Nevada State Sen. Mark Manendo resigns after investigation finds he violated harassment policy**
www.ktnv.com

👍 1

See All

3 Comments

To: Mike Souza-Ariota

Lie. What. Charges. Would he have. Been. Working. Off????

And that letter???.Nikki haaaates me because Blest loves me more always did. I planned on going that route. Blest wants my ass In carson. I can't even pay a phone bill

11/06/2016 8:26AM

11/08/2016 4:15AM

I'm about to lose yet another friend!!! Dominic doesn't wanna hear about drama shit I'm on thin ice already with the Speaker taxing. thanks a lot mike

I can't work right now cuz I injured my eye I look fucking stupid give me a chance to catch up Jesus Christ !!!













Dear Ms. Vancuren Crebassa:
Thank you for taking the time to contact Governor Sandoval's office. Your correspondence is important to us, and allows us to better serve the citizens of Nevada.

To better serve you, we have forwarded your correspondence to the Nevada Attorney General's office for review. We would also suggest you continue to work with the Las Vegas Metropolitan Police Department. For your convenience, contact information for the Attorney General has been provided below.

Office of the Nevada Attorney General
100 N. Carson Street
Carson City, NV 897901
(775) 684-1100

Is Marendo?

If you need assistance finding a lawyer in Nevada, we encourage you to reach out to the Nevada State Bar Lawyer Referral Service. You may also contact the Legal Aid Center of Southern Nevada, a non-profit organization focused on providing legal counsel to those who cannot afford an attorney. The aforementioned organizations may be reached at:

State Bar of Nevada
Lawyer Referral & Information Service
600 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 382-0505

Legal Aid Center of Southern Nevada
725 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 386-1070

Although this particular issue is outside of the jurisdiction of the Governor's office, we hope you will continue to keep us informed regarding matters that are of interest to you. The Governor appreciates hearing from Nevadans and truly values your input.

Sincerely regards,

Shannon Litz
Constituent Services Program Officer

# # # #

OFFICE OF GOVERNOR BRIAN SANDOVAL

101 North Carson St.   555 East Washington Ave., Suite 5100
Carson City, NV 89701   Las Vegas, NV 89101
775-684-5670   702-486-2500





*[handwritten annotations:]* But Sandoval Said this is outside

Senator Manendo resigned to Sandoval friend/allies

Why I do not trust our FBI

Sarah

I was sleeping last night why can't you be normal and schedule an appointment with me like everyone else in the world. Call or text between 9-5 and set up and date and time and tell me the address to your meeting place / office here in vegas

I can't work. So my schedule is completely open. Still , I try to be prepared and appearance decent. So I can't have zero notice of a meeting and be there at a seconds notice because I do not have money or a car

I also do not have an office or meeting place like you say you do.

Sarah

You have? What address did you give me? What date and time?

11/29/2016 2:20PM

M

Mark

How easily you forget yes I suggested dates and times and location was going to be determined like a Starbucks or something you always said you couldn't meet my point is that I have tried

you must of forgot that I even suggested about meeting today late in the afternoon you didn't respond until today when you said you can't you must be kind of forgetful

12/10/2016 12:34AM

M

Mark

so....

Sarah

So. ..... citizens review board.....

M

Mark

hope all is well

I know your so busy

12/10/2016 2:54AM

Sarah

Why do you and police and internal affairs and lawyers all bully me????



downtown

whats going on there tonight?

Sarah

You're a polician man probly not

M
~~

Mark

what?

Sarah

Its OK. I gotta cruise though I'm under a lot of pressure Souza found out I'm here . its not fair I need protective custody for me and my dogs

M
~~

Mark

I dont know why you said I am a policeman probly not

why did you say that?

just asked what is going on downtown

and I dont even know where you live lol

tough to do then lol

that was so odd of a statement, I dont understand

M
~~

Mark

strange ok then

cant even know if I can do it if I dont know where to go right? lol

11/04/2016 12:43PM

M
~~

Mark

not sure what happened but then you text me after the time you mentioned and that you only had 45 mins to get there. It would have taken me 45 min to get just to you let along all the way downtown. Dont you have a vehicle? And again you never answered me about your weird comment

## Usual Types of Harassment



2. Psychological Harassment

For there to be psychological harassment, the behaviour must:

- be vexatious and repeated, or vexatious and serious
- be hostile or unwanted by the employee
- affect the dignity or physical or psychological integrity of the employee
- create a harmful work environment

## Usual Types of Harassment



6. Cyber Related Harassment

- Cyber harassment and cyber stalking are often used synonymously to describe the actions of people who relentlessly pursue others online with the intention of frightening or embarrassing the victim.
- Sometimes a harasser intends to teach the victim a lesson or solicit information from him or her, and stalkers generally want revenge or attention.

## Usual Types of Harassment

6. Cyber Related Harassment





Sarah

I was sleeping last night why can't you be normal and schedule an appointment with me like everyone else in the world. Call or text between 9-5 and set up and date and time and tell me the address to your meeting place / office here in vegas

I can't work. So my schedule is completely open. Still , I try to be prepared and appearance decent. So I can't have zero notice of a meeting and be there at a seconds notice because I do not have money or a car

I also do not have an office or meeting place like you say you do.

Sarah

You have? What address did you give me? What date and time?

11/29/2016 2:20PM

M

Mark

How easily you forget yes I suggested dates and times and location was going to be determined like a Starbucks or something you always said you couldn't meet my point is that I have tried

you must of forgot that I even suggested about meeting today late in the afternoon you didn't respond until today when you said you can't you must be kind of forgetful

12/10/2016 12:34AM

M

Mark

so....

Sarah

So. ..... citizens review board.....

M

Mark

hope all is well

I know your so busy

12/10/2016 2:54AM

Sarah

Why do you and police and internal affairs and lawyers all bully me????





The ling Manendo sent me is broken





Rouse Aaron FBI

http://www.samstownlv.com/whats-new/packages/sunny-in-vegas?cmpid=ppc_ggl_hot_sth_
Sam%27s+Town+las+Vegas&s_kwcid=AL!4192!3!149229559399!e!!g!!sam's%20town%20las%
20vegas&ef_id=WE2zVgAABd@Iw7oQ:20161212043427:s

let me know by tonight or I will assume you are too busy again

Sarah

Condescending and sumptuous It's weird that a senator has meetings at Sam's town center bar

I will be there at 1

12/11/2016 11:05PM

*I mean presumptuous*

M

Mark

Text me when your on the way

Sarah

OK dude

12/12/2016 10:24AM

M

Mark

dude? smh

Sarah

I'm from Canada excuse my dialect .

Can you prove you are Mark menendo ? Can you take a pic holding a peace sign or a thumbs up and send it to me

12/12/2016 11:45AM

*Pushy.*
*mean.*

M

Mark

well you spelled my last name wrong

you have my cell #

you want to meet at 1 or not?

I have spent a lot of time because 2 people reached out to me to meet you and I dont need to prove who I am

11/27/2016 7:22PM

Sarah

I don't know ,, look through my perspective. I've been violated by every type person from every walk of life and law enforcement . Been slandered . And blamed . Raped and ignored. Blamed for my own victimization. Last thing detective said was "yes so I talked to snodgrass ..". Law enforcement treated me awful I'm so ptsd. I'm scared. And you're like them . Powerful. I just thought you wanted to get me too

11/27/2016 10:10PM

M

Mark

if you really thought that why did you want to meet in the first place? I thought you wanted to meet but if you dont that is fine as well. As I said I also know someone who asked me to also talk to you besides the person you mentioned so I agreed to. However I am not going to keep asking as I keep pretty busy. Not sure how much free time you have.

11/28/2016 4:25AM

Sarah

OK let's scheduling a meeting

11/28/2016 10:35AM

Sarah

Hello

M

Mark

hi

You must go out late at night or something as you seem to message at 4 or 5 am

Sarah

I don't go out at all really. My dogs wake me up around 2-3... I apologize

M

Mark

I need to shut my phone off when I go to sleep

M

MON, DEC 12, 2016, 4:20 PM

You know where our meeting place was stop playing games
MON, DEC 12, 2016, 4:20 PM

I messaged you the stupid truck Axel broke and I got stuck I remembered where your office was and thought that would be better to meet there anyways.  I hate Sam's town that whole area reminds me of going insane looking for Dexter.  I am so cold, my brain hurts, I'm weak, thirsty, miserable

0/160

 Add text

hungry, I'm a worthless p.o.s.
MON, DEC 12, 2016, 4:26 PM

Well I don't live there and if you didn't want to meet at Sams Town 3 1/2 hrs ago why are you just bringing it up now? Omg!!
MON, DEC 12, 2016, 4:29 PM

I'm a mentally handicapped person.   Just leave me be
MON, DEC 12, 2016, 4:45 PM

Omg yes leave me be!!!!
MON, DEC 12, 2016, 5:36 PM

0/160

Add text

**Justin H. Kochan**
Van Dermyden Maddux Law Corp
Senior Associate Attorney
(916) 779-2402 Work
(916) 634-3017 Mobile
jhk@vmlawcorp.com
2520 Venture Oaks Way, Ste 140
Sacramento, CA 95833
www.vmlawcorp.com

# Private Investigator for Senator MarkManendo

Sexual harrassment allegations, victim wants to remain anonymous because she has a boyfriend is a complete [...]

12/10/2016 4:00AM

Sarah

Stop acting like you care

12/10/2016 6:07AM

M

Mark

How in the heck have I done anything to you except get the run around ?

12/10/2016 8:42AM

Sarah

.. okay then where when and what time

12/11/2016 11:38AM

M

Mark

Tomorrow early afternoon can meet say Paradise Park just off E. Tropicana and there is a walk up coffee place Dutch Brothers, actually we can meet there then walk and talk

12/11/2016 6:50PM

Sarah

I don't want to walk while I talk . I actually couldn't even if I tried. I would get to distracted and you wouldn't be capable of listening effectively. I need an address numbers and street name and exact time

12/11/2016 8:32PM

M

Mark

I actually walk and talk and list all the time so not sure how you know I would be distracted?

There is google to find the park and the Dutch Brothers coffee on E. Trop but I guess you never searched for a location before so how about Sams Town Hotel and casino, there is a huge atrium and a bar area to sit and talk, 1pm

here is the link as I know how busy you are and cannot find the time to look it up

Mark

anyways

Sarah

When do u have time this week?

M

Mark

first where would we meet?

**16**

so I know how much travel time I would need

M

Mark

you must be busy now, have a great week

Sarah

IDK where do you usually have meetings?

M

Mark

when I do, on the far east part of town

like I said before I dont come all the way to your area that often so when I knew I was I tried to meet you a couple of times

11/28/2016 5:02PM

M

Mark

anyways

11/28/2016 8:12PM

Sarah

OK .. My old fogie friend lives on treeline

11/28/2016 11:39PM

M

Manendos places
for meetings:
✓ shady apartment
✓ Behind SAMstown
✓ Behind Starbucks Dutch Both
✓ Sweep me up in his car.

Omg yes leave me be!!!!
MON, DEC 12, 2016, 5:36 PM

Please!!!
MON, DEC 12, 2016, 5:36 PM

I hope you never experience loneliness, poverty, malnourishment and financial crisis

Godbless
MON, DEC 12, 2016, 5:38 PM

I have!
MON, DEC 12, 2016, 5:40 PM

I have!
MON, DEC 12, 2016, 5:40 PM

Have you ever experienced someone saying they want to meet you over and over again and never show up? Find numerous ways to make excused as to the total blow
MON, DEC 12, 2016, 9:34 PM

off. A complete game and total waste of someone's time? Have you ever experienced that? I have with the same person! God bless!

Marks website


enced that? I have with the same person! God bless!
MON, DEC 12, 2016, 9:34 PM

How about this. Swing by any time if I look like shit so be it.  I will drop everything I am doing and you can see how I live 3855 s Torrey pines
MON, DEC 12, 2016, 10:55 PM

Looks like a nice place but if you don't want to meet in public why on earth are you asking me over? This is too weird!
MON, DEC 12, 2016, 11:05 PM

I was at that address
MON, DEC 12, 2016, 4:19 PM

Why would go to that address that's not where we were supposed to meet
MON, DEC 12, 2016, 4:20 PM

And I don't live there I own a condo there
MON, DEC 12, 2016, 4:20 PM

You know where our

11/27/2016 7:22PM

**Sarah**

I don't know ,, look through my perspective. I've been violated by every type person from every walk
of life and law enforcement . Been slandered . And blamed . Raped and ignored. Blamed for my own
victimization. Last thing detective said was "yes so I talked to snodgrass ..". Law enforcement treated
me awful I'm so ptsd. I'm scared. And you're like them . Powerful. I just thought you wanted to get me
too

11/27/2016 10:10PM

**M**
--

**Mark**

if you really thought that why did you want to meet in the first place? I thought you wanted to meet
but if you dont that is fine as well. As I said I also know someone who asked me to also talk to you
besides the person you mentioned so I agreed to. However I am not going to keep asking as I keep
pretty busy. Not sure how much free time you have.

11/28/2016 4:25AM

**Sarah**

OK let's scheduling a meeting

11/28/2016 10:35AM

**Sarah**

Hello

**M**
~~

**Mark**

hi

You must go out late at night or something as you seem to message at 4 or 5 am

**Sarah**

I don't go out at all really. My dogs wake me up around 2-3... I apologize

**M**
--

**Mark**

I need to shut my phone off when I go to sleep

**M**
~~

**Mark**

**Did you report this to the police? Where were you at when this happened? Still not sure why you don't check your vm or answer the phone**

Sarah

I cant rrport to police. . jason snitching to police on these bad guys is what pist them off in the first place

Sarah

They said if they here i have any involvment to jason they are gonna take me to the desert and chop me up. Im packed and ready now im frantically looking for somewhere for me and my dogs. I hope they dont find the gps



M

**Mark**

**If your life has been threatened you should go to the police and if they find the gps, what does that mean? And how come you don't ck voice messages?**

Sarah

Because since sunday jasons called like 300 times it floods my voicemail box "you have a call from...ccdc". I had a tazer flayling in my face , the one grabbed my hand and was making me give him a handjob while the one with the tazer was making me tell them about the rape i went through .. These guys are no joke . i just need to get out of my place with my dogs to a new home because the day after i looked out my window (monday) and the ones escalade was parked in front of my house i found out that they are friends with my Samoan neighbor. They told me i should leave vegas i begged them to let me out i said here please take my keys to my volvo ill never go to police like jason

Sarah

Once im safe in a place where they dont know i have to do something ..my car payment insurance and registration all due. The gps are inside the car .. Theres 2. ..so the dealer ship can repo the cars easily ..

But for now im safe and looking for a place that will let me and my dogs move in and hive me a cpuple night to pay them rent



M

**Mark**

**That is just terrible but not sure how they can get the gps from the dealership**

**where were you staying that they found you?**

**and you can errase messages off your phone or can answer**

10/21/2016 1:27PM

## The National Crime Victim Bar Association

Aug 17 (2 days ago)

to me

Hi Sarah,

My name is Nancy, I am an attorney referral specialist with the NCVBA. Thank you for that information. I am very sorry to hear about what happened to you. In order to determine whether we can provide you with a referral to a civil attorney, I need to know a bit more about the situation.

1) What was the crime?
2) When did it occur?
3) Where did the crime(s) occur – city/state, and also specific location (private residence, public property, business premises, etc...)
   a. if there may be a liable landowner
      i. What did the landowner do wrong to cause or contribute to the cause of this incident?
      ii. What could the landowner have done to prevent this incident?
4) Do you know the perpetrator? If so, what is his/her relationship to the victim?
5) Have you reported the crime(s) to law enforcement? If so, has anyone been arrested, charged, or convicted of a crime?
6) What injuries has the victim suffered as a result? If there are any related medical bills (including costs for psychological counseling) how much do they total?

1   Also, to let you know a bit about what we do: We have a network of attorneys who can help victims file civil lawsuits against perpetrators and third parties for monetary damages. Typically, we handle cases involving catastrophic assaults, alcohol liability, negligent security, campus sexual assaults, and wrongful death. Let me know if I can assist further, and I look forward to hearing from you. You can also leave me a message at 202-467-8773 if that is preferable, and I will return your call.

If you would like to complete a survey to help us improve the Attorney Referral Service, you may do so here.

Best,

Nancy

Staff Attorney // National Crime Victim Bar Association
2000 M Street, NW, Suite 480, Washington, DC 20036
202 467 8773 // VictimsofCrime.org // @CrimeVictimsOrg

The NCVBA (National Crime Victim Bar Association) Attorney Referral Service (ARS) provides general information that is intended, to be correct and up-to-date. The information is not presented as a source of legal advice. You should not rely, for legal advice, on statements or representations made by the NCVBA ARS. If you need legal advice upon which you intend to rely in the course of your legal affairs, consult an attorney. The NCVBA ARS does not assume any responsibility for actions or non-actions taken by people who have used this information