"see page 2 attached"

Sarah Crebassa
148 Beesley Drive
Las Vegas NV 89110
sarahjasonsimpson@gmail.com
702 762 9781

Clark County District Court
District of Nevada

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         SEP 28 2017

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

Motion to Combine Complaints
Plaintiff Motion to Amend the Complaints

Sarah Crebassa

vs

LVMPD
Mark Manendo
Michael Souza Ariotta
The Rape Crisis Center
ACLU
Governor Brian Sandoval
Justin Lockhead
Citizens Review Board

} 2:17-cv-02270-JCM-GWF
} 2:17-cv-02271 Jad-NJK
} 2:17-cv-02272-APG-NJK
} 2:17-cv-02273-JAD-CWH
} 2:17-cv-02274-RFB-PAL
} 2:17-cv-02276-APG-NJK
} 2:17-cv-02277-NJK
} 2:17-cv-02278-JCM

FACTS

Senother Mark Manendo was ~~Las Vegas~~ District 21 ~~Deep South~~ Senator. Manendo claimed to be a ~~model~~ model citizen, an advocate for helping homeless, animal rights, SafeNest, ~~pro~~ gonna get tough on crime, work with police.

1

# Select A Case

**Sarah Crebassa is a plaintiff in 8 cases.**

| | | |
|---|---|---|
| 2:17-cv-02270-JCM-GWF | Crebassa v. LVMPD et al | filed 08/28/17 |
| 2:17-cv-02271-JAD-NJK | Crebassa v. Manendo | filed 08/28/17 |
| 2:17-cv-02272-APG-NJK | Crebassa v. Ariotta | filed 08/28/17 |
| 2:17-cv-02273-JAD-CWH | Crebassa v. Rape Crisis Center | filed 08/28/17 |
| 2:17-cv-02274-RFB-PAL | Crebassa v. A.C.L.U. | filed 08/28/17 |
| 2:17-cv-02276-APG-NJK | Crebassa v. Sandoval | filed 08/28/17 |
| 2:17-cv-02277-JAD-NJK | Crebassa v. Lockhead | filed 08/28/17 |
| 2:17-cv-02278-JCM-PAL | Crebassa v. Citizens Review Board | filed 08/28/17 |

1983
1983

No one, not one single mandated reporter helped me, still to this day. Not the police, because police officer Snodgrass started this mess with Affidavit 160518-6152 page 7, second paragraph.

Not a single person. I need to edit & file motion for more time.

## Jurisdictions

I Sarah Crebassa reside at 1324 Griffith ave but my mailing address is 148 Beverly

I am changing all my complaints to accept for Michael Souza Ariotta as to 42 U.S. Code § 1983 Civil action for deprivation of rights. &
42 U.S. Code § 1985 Conspiracy to interfere with civil rights

## FACTS 2013 & 2014

- APRIL 1 2013 I left my husband, John Crebassa II & moved to Las Vegas, NV. (from Camarillo, CA)
- May 15 2013 - Jan 15 2014 My address was at the Manhattan Lofts on S. LV Blvd
- Aug 2013 Richard Essex + I met at Moondoggie bar + grill located S. Arville, beside Hardline tattoos. We began a boy/grrl friend relationship
- Aug 2013 - current Richard Essex + exwife fighting for custody of their son Ricky Essex
- Jan 15 2014 · I paid for a home (rental) first, last, + deposits with moving costs for both mine + Richard Essex's home to move into a house on Moonsplash drive
- April (mid-) 2014 Richard physically abused me, attacked me with force, gun, weapon also dry cement, forced to stay in closet with my 2 dogs. Senior Essex found me in the closet days later. Ended the relationship
- May 6 2014 I reside at an assisted living



# FACTS 2014 + 2015

cont. - facility. A retirement home for elderly, & trauma patients. "The Castlegrounds" which doubles as an event location for Bamitzfas, Birthdays, retirements, baby showers etc. Located at 4444 Sunflower ave.

- Sept 13 2014 Burglary, thiefes stole everything; my possessions, car, purse, centimental, + my dog Dexter. I leave Castlegrounds the next day.
- Dec 20 2014 Richard Essex's friend Weston Lewis contacts me via FBmessenger
- Dec 24 2014 Richard Essex + his brother are arrested for drug trafficking
- Dec 31 2014 I posted on Facebook that I was in New Orleans, LA at a Plantation
- Jan 3 2015 Weston + I were messaging about Richard Essex being incarcerated
- Jan 6 2015 I added to my own post (Dec 31 2014) I commented happiness about Richard Essex

# FACTS 2015

(3)

cont.

- Jan 6 2015 Facebook; I posted on my page that I am happy that Richard Essex was in jail

Jan 6 2015 CCDC Richard Essex released from CCDC

Jan 6 2015 Senator Mark Manendo FBI messenges me he asks about Twitter + my lost dog. I do not respond until September 27 2016

Feb 2015 Senior Essex + I made an agreement. As a gift I gave him a 9mm handgun that was given to me from Charlie, a Freemason.

May 2015 Senior Essex found my stolen vehicle and returned to me

May 2015 I was becoming very popular (animal rights)

June 2015 Sergeant Ziros + Detective Theobalt destroy my loft internally looking for Mark Wagner

June 2015 I found 94 lost dogs return home + recieved a lead that homeless nave Dexter

July 2015 Sergeant Ziros pull over Jeremy Gebers while Gebers was hauling fencing in a Uhaul that was rented under my moms name.

# Facts 2015 + 2016

- August 2015 Richard Essex meets my roomates and is tattooing them (Venee + Veronica) Richard attempts to make amends with me by giving gifts

- Sept 4 2015 Baileys Sports Bar Bartender robbed at gunpoint by Richard Essex. (gifted gun to Senior)

- Sept 15 2015 granted Burglar (Sept 13 2014), James Tate, Restitution $1200 (granted)

- Oct 19 2015 Daniel Banks (my current boyfriend) arrested by LVMPD.

- Nov 9 2015 I was conned into fraudulent Rental property + burglary + Identity cards stolen; filed reports with LVMPD, suspect: "JT", Courtney, Thom Fairchild, suspects. Civil case unfortunately.

- Nov 2015 Jason Simpson + I met, began relationship, resided at 4444 Sunflower ave. until Jan 27 2016

- Jan 5 2016 Facebook Picture of Dexter (my dog) with homeless couple on Eastern + Warm Springs

- February - April 1 2016 I resided at Aaron.

- March 2016 Toby Barnet guides me into underground to look for the homeless couple that has Dexter.


⑤

FACTS 2016

Cont — Benno's house on Pistolera.

February 2016 Jason Simpson resided at Juliette Vistas

March 2016 Michael Souza + Tara Souza +2 Kids fly to Vegas from Minnesota — Vacation turned into residency.

March - April 2016 Jason Simpson resided at Aaron Bennos house on Pistolera with me.

April 5 2016 • I asked Richard Essex to help me find a home or to give me the gun I gave his father (Senior Essex) back because the agreement did not work out fair for me. Richard Essex told me he asked his friend Kenny to do him a favor, to help me out because Richard owes me. Unbeknownst to me at the time, Richard told Kenny that he knows a hot chick that needs a place and that if Kenny would rent to me he might get laid. Richard said impossible to get

April 6 2016 I moved into Kennys Ranch home located 370 E Robindale.

April 11 2016 I woke up at 370 E Robindale. I walked outside and had the worst Tinnitus—

⑥ ~~FACTS 2016 MAY~~

- MAY 7 - I moved from 370 E Robindale to 1403 6th street
- MAY 12 - ICE AGENT REVEALS GOVERNMENT SECRETS BEFORE SUICIDE
- MAY 13 - FAZI'S BODY found in a car trunk
- MAY 15 - PISTOL WHIPPING ON THE NEWS.
- MAY 16 - I found Dexter

- MAY 18 - Souza shot at police out Jasons back window at police

- MAY 23 = Richard Essex court
- MAY 23 - SGT ZIROS BEGINS HUNT FOR DETECTIVE SNODGRASS'S NOT PRESENT INVESTIGATION ON THE SHOOTING MAY 18. SEARCHING FOR JASON SIMPSON
- MAY 23 - SENATOR MANENDO ON THE NEWS 2X, FIRST NEWS CLIP SAYS "PISTOL WHIP" THE SECOND LEFT THAT ONE THING OUT

- MAY 24 - RICHARD ESSEX COURT
- MAY 24 - SERGEANT ZIROS SERCHING FOR JASON SIMPSON, SNODGRASS LEAD DETECTIVE NOT PRESENT

- MAY 25 - RICHARD ESSEX COURT.
- MAY 25 - SERGEANT ZIROS + ROP TEAM STALK, CHASE AND SMASH THEIR UNMARKED CARS INTO ELAINES CAR THAT JASON + I WERE IN. RAMPART * ROP DETECTIVES BEAT US UP, LEAVE ME EXPOSED UNABLE TO COVER MYSELF BECAUSE HANDCUFFED. THEY BEAT UP JASON BAD, THEY LAUGHED AS SGT ZIROS CALLED ME NAMES. THEOBALT REFUSED TO GIVE ME MY SHOES, SAYING IT WAS IN THE EVIDENCE CAR. BUT THEN GRABBED A SHEET TO COVER ME FROM THAT SAME EVIDENCE CAR. BAREFOOT GLASS CUTS EVERYWHERE. KEPT MY RENT MONEY, MY PURSE, ID, BANKCARDS, WORKCARD, CELLPHONE, MAKEUP, CLOTHES

{Morning}

LEAD DETECTIVE, SNODGRASS NOT PRESENT
AT CCDC AT INTAKE LATER AFTERNOON, DETECTIVE SNODGRASS PULLS ME INTO ROOM FOR QUESTIONS ABOUT RICHARD ESSEX, NOT JASON SIMPSON + I AT RAMPART NOR THE SHOOTING ON MAY 18th
I TOLD HIM IM HAPPY THAT HE GOT CUSTODY OF

{afternoon}

cont (7) FTS 2016 MAY

MAY 25

afternoon {
- CUSTODY OF LITTLE RICKY. I TOLD DETECTIVE SNODGRASS THAT I HATE RICHARD TOO. THAT - THAT WAS MY GUN AT BAILEYS. I DON'T KNOW WHERE IT IS NOW
- DETECTIVE SNODGRASS DID NOT ASK ME ANYTHING ABOUT WHAT HAPPENED AT RAMPART EARLIER.
- ALL HE KEPT ASKING WAS MORE ABOUT RICHARD, I TOLD HIM THATS ALL I KNOW. DETECTIVE SNODGRASS DIDNT GET MY STUFF (SHOES, MONEY, PURSE) LIKE HE SAID. RAY FROM (O.R) OWN RECOGNANCE RELEASED ME BUT ON AN AMBULANCE TO THE PSYCH (LEGAL 2000)

evening {
- I BEGGED FOR MY SHOES, PURSE, PHONE. CCDC STAFF REFUSED TO HELP, SAME AT UMC, NO ONE HELPED. A COUPLE HOURS IN UMC, I WAS RELEASED NO SHOES, NO MONEY, PH, ID, WORKCARD, MAKEUP, CLOTHES BANK CARD. I DIDN'T KNOW ANYONES NUMBER OFF BY HEART
- I had to walk barefoot 2 hours to the nearest aquaintances.

MAY 26th
- STEVE POTTERS DROVE ME TO ELAINES HOUSE, I WANTED TO GET HER TO GET HER CAR AND OUR STUFF OUT. ELAINE CLAIMS TO COMPLETELY FORGET EVERYTHING. ELAINE DOES NOT HELP NOR CARE AT ALL ABOUT HER BMW, SHE SAYS SHE HAS NO TIES TO THE CAR. STEVE POTTERS DRIVES US TO AUNTIES ON LIPARI. EDWARD JOHNSON ANSWERS AND I TRY TO TELL HIM WHAT HAPPENED BUT HE INTERRUPTS ME AND SCOLDS ME, "I ALREADY KNOW!"
- STEVE POTTERS DRIVES US TO HIS HOUSE, HE FALLS ASLEEP I AM UPSET, I HITCHHIKE TO 400 S. MLK INTERNAL AFFAIRS. GREGORY STINNENT ASSISTS ME. I WROTE A

⑧ ~cont~

MAY 26th
- Complaint about Detectives beating us up and keeping my rent money, shoes, ID, workcard, bankcard, makeup purse, phone + denying me proper medic. Also that I had to walk 2 hours barefoot from UMC, I complained why wouldn't the jail release me my necessities like my rent money, shoes, ID? Detective Gregory Stinnett replies, "Go to Shade Tree". I left empty handed, I was depressed + trauma-tised. I felt like I was on candid camera. I walked from 400 S MLK to 1403 6th street.

MAY 30 I COMMENTED ON AN ARTICLE ABOUT JASON + MINES ARREST ONLINE. I ~~SAID~~ WROTE THE POLICE BEAT US UP, I GOT A MESSAGE FROM TRICIA KEEN ASKING ME IF I'D TALK ON CAMERA, I TOLD HER "YES —" and elaborated, no reply from her ever.

JUNE 2 2016 ALL WEEK I WAS JUST TRYING TO MAKE IT BY WITH NO MONEY NO WORKCARD NO PHONE. A FRIEND BOUGHT ME A CRICKET PH. I HAD MESSAGES FROM DETECTIVE SNODGRASS + ~~DETECTIVE~~ MILLER.

JUNE 3 2016 I CALLED DETECTIVE SNODGRASS BACK HE SAID HES BEEN BY MY HOUSE A FEW TIMES, HE NEEDS A STATEMENT ABOUT RAMPART. I ASKED HIM WHY THE FIRST DISCOVERY SAID JASON WAS OUT OF CONTROL ATTACKING OFFICERS WITH A GUN. DETECTIVE SNODGRASS WAS NOT EVEN AT RAMPART MAY 25 2016. RICHARD ~~ESSEX~~ HAD COURT THAT DAY, MOST LIKELY HE WAS THERE. I GAVE MY STATEMENT I TOLD IT EXACTLY HOW IT WAS

⑨

2016

JUNE 8 SHERRY CREATH ADDS ME TO CCDC VISITATION SHOWS ME HOW TO DO EVERYTHING

June 15 Sherry has my friend James, bring car to Ewing tow, James will testify that the Affidavit was in Sherrys backseat. Aiton Morchy

June —

June 21 Michael Souza Ariotta home invades me with bear mase, an incident report taken *

June 23 Stop N go auto Magnum

June 24 Moved into Magnum, too afraid to live there at 1405 S. 6th street

July 8th A/C went out & fear + stress seizure into car accident

July 8th Jason blocked Sherry Creath from visiting because she was scheduling and not showing up.

July 14 Chris + Eric pick me up from car accident *Nervous breakdown* Eric Nelson + Jenna Gold accept me + dogs to live in back of thorr house in studio loft.

July 14

July 19th Michael Souza Ariotta wants

Sarah Crebassa