UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARAH CREBASSA,<br><br>                Plaintiff(s),<br><br>v.<br><br>MARK MANENDO,<br><br>                Defendant(s). | Case No. 2:17-cv-02271-JAD-NJK<br><br>ORDER |

      Plaintiff has filed a motion to consolidate this case with seven others. Docket No. 6. While that motion remains pending, the Court finds a stay of this proceeding to be in furtherance of the goals in Rule 1 of the Federal Rules of Civil Procedure. Accordingly, this case is **STAYED** pending resolution of the motion to consolidate. The motion to amend the complaint (Docket No. 7) is **DENIED** without prejudice to being refiled if the motion to consolidate is denied. Because this case is stayed, no further filings shall be made in this case until the motion to consolidate is resolved.

      IT IS SO ORDERED.

      Dated: October 13, 2017

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge