# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Sarah Crebassa,

    Plaintiff

v.

Mark Manendo,

    Defendant

Case No.: 2:17-cv-02271-JAD-NJK

**Order Denying Motion to Consolidate Cases and Directing Amendment**

[ECF No. 6]

In late August 2017, Sarah Crebassa commenced eight lawsuits in this court against a wide variety of individuals and organizations. [1]  In each, she sought leave to proceed *in forma pauperis*, and in each, she filed an identical "Motion to Combine Complaints [and] Motion to Amend the Complaints."  I denied the request to amend without prejudice while Crebassa's motion to consolidate was under consideration by U.S. District Judge Mahan and U.S. Magistrate Judge George Foley, Jr., who were assigned Crebassa's first-filed action. [2]  Magistrate Judge Foley denied the motion in that first-filed case as premature because that case had not yet been screened under 28 U.S.C. § 1915. [3]

The complaint against defendant Mark Manendo has been screened.  Magistrate Judge Nancy Koppe concluded that Crebassa's "complaint consisting of a conclusory cover page indicating that Defendant stalked her while in jail and 'taunts her with is resume'" fails to state a

---

[1] *Crebassa v. LVMPD*, 2:17-cv-02270-JCM-GWF; *Crebassa v. Manendo*, 2:17-cv-02271-JAD-NJK; *Crebassa v. Ariotta*, 2:17-cv-02272-APG-NJK; *Crebassa v. Rape Crisis Center*, 2:17-cv-02273-JAD-CWH; *Crebassa v. ACLU*, 2:17-cv-02274-RFB-PAL; *Crebassa v. Sandoval*, 2:17-cv-02276-APG-NJK; *Crebassa v. Lockhead*, 2:17-cv-02277-JAD-NJK; *Crebassa v. Citizens Review Board*, 2:17-cv-02278-JCM-PAL.

[2] *Crebassa v. LVMPD*, 2:17-cv-2270-JCM-GWF.

[3] *Id.* at ECF No. 7.

claim for relief.[4]  Judge Koppe explained that plaintiffs like Crebassa must identify the cause of

action they are intending to assert and the legal theory and facts that it is based on, and they must

also explain why this court has jurisdiction over that claim.  Judge Koppe dismissed Crebassa's

complaint and gave her until September 29, 2017, to file an amended complaint that contains the

missing information.[5]

Crebassa did not file an amended complaint.  She instead filed her "Motion to Combine

Complaints [and] Motion to Amend the Complaints" on the eve of the deadline to amend.[6]  I

now take this opportunity to deny that motion in this case because it is largely nonsensical and

fails to establish that relief is warranted.  Except for the title, the document offers no hint as to

why consolidation is appropriate.  And considering that Magistrate Judge Koppe already granted

Crebassa leave to file an amended complaint, Crebassa's request to amend is unnecessary.

Accordingly, IT IS HEREBY ORDERED that Crebassa's Motion to Combine

Complaints **[ECF No. 6] is DENIED.**

Because it appears that Crebassa was somehow confused by Magistrate Judge Koppe's

order giving her leave to amend, I will extend Crebassa's deadline to file an amended complaint

to July 13, 2018.  **Crebassa has until 4:00 p.m. on July 13, 2018, to file an amended**

**complaint that cures the deficiencies that Magistrate Judge Koppe identified in her August**

**31, 2017, order.  If Crebassa does not file an amended complaint by that deadline, or if her**

---

[4] ECF No. 3 at 2.

[5] *Id.*

[6] ECF No. 6.

**amended complaint still fails to state a claim for relief, this case will be dismissed with prejudice without prior notice.**

Dated: June 13, 2018

_____

U.S. District Judge Jennifer A. Dorsey